AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>Investigative – Filed Under Seal</u> |
| v. | Case No. 26-mj-53 (SGE) |
| MOHAMED ABDIRIZAK JAMA | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 20, 2026, in the State and District of Minnesota, Defendant Mohamed JAMA (YOB 1989), did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Victims, U.S. Border Patrol Agents, who were engaged in, and on account of, the performance of official duties, and such acts involved the use of a dangerous or deadly weapon in violation of Title 18, Sections 111(a)(1) and (b).

I further state that I am a Special Agent with the HSI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

Richard Berger, Special Agent, HSI
_____
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Facetime and email), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: 1/23/2026

City and State:  Minneapolis, MN

_____
*Judge's Signature*

Shannon G. Elkins
United States Magistrate Judge
*Printed Name and Title*