# Exhibit 1

**U.S. Department of Justice**

United States Attorney
District of Minnesota

600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Telephone: (612) 664-5600
Fax: (612) 664-5787

June 8, 2026

Mr. Surya Saxena
Attorney for Defendant
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498

RE: US v Mohamed Abdirizak Jama
Criminal No. 26-mj-53 (MJD/LIB)

Dear Mr. Saxena,

On January 20, 2026 Border Patrol Agents arrested Mohamed Abdirizak Jama for 18 U.S.C, 111 for his role in a criminal incident that occurred in St. Cloud, Minnesota. Thereafter, the United States filed a Misdemeanor Information in the District Court of Minnesota charging Mr. Jama with 18 U.S.C. 111. The case was assigned to United States Magistrate Judge Leo I. Brisbois.

Upon Mr. Jama's (hereafter "Defendant") pretrial Motion for Discovery, [Docket No. 37] the Court held a Motions Hearing on May 4, 2026, regarding the parties' pretrial motions. [Docket No. 55]. Magistrate Judge Brisbois' Discovery Decision & Order dated 05/18/2026 orders disclosure of certain categories of information.

In furtherance of complying with the Court's decision and order, the Government transmitted copies of the decision and order to the agencies involved on May 20, 2026 and June 3, 2026. The Government further requested a soft-deadline date for disclosure of May 27, 2026 and disclosed the Court's decision and order to the General Counsel's Office for Department of Homeland Security and Customs & Border Patrol, as well as requested compliance from the individual agents involved. The Government further requested disclosure of the materials ordered and discussed compliance therein on the following dates:

- 05/13/2026
- 05/19/2026
- 05/20/2026

- 05/21/2026
- 05/22/2026
- 05/26/2026
- 05/27/2206
- 05/28/2026
- 05/29/2026
- 06/01/2026
- 06/03/2026
- 06/05/2026
- 06/08/2026

To date, as to each category and items ordered disclosed, the Government's response to the Court's Decision and Order is as follows:

1. **Defendant's Requests: #1,4,5,6,8, and 13**

Category 1: "copies of all cell phone video and body camera footage from all agents and officers related to the Defendant's case (incident and arrest)". Docket No. 57, page 1. The court further is ordering production of a list of all agents involved in the incident, apprehension, and arrest processing of JAMA from all agencies involved. See Docket No. 57, page 5.

The Government is further disclosing additional one (1) body worn camera footage and one cell phone video to Defendant outlined in attached disclosure summary index and is accessible via USAfx. The Government further submits it has otherwise complied with the court's order.

Category 4: "computer and cell phone browsing and search histories for each DHS and CBP agent related to the Defendant from January 20, 2026. Docket No. 57, page 2.

The Government is requesting additional time for compliance.

Category 5: "all records of any informational database reviewed, relied on, consulted, or considered by any DHS or CBP agent or other law enforcement officer". Docket No. 57, page 1.

Based upon the hearing testimony of BPA Muniz and referenced in the court's decision and order (Docket No. 57, page 6), this includes, but not limited to, any "Super-Query" or "Query" searches and results and/or Microsoft Teams chat messages, from January 20, 2026 relating to the incident charged.

The Government is disclosing that the information relating to the CSI/Super-Query search from January 20, 2026 relating to the incident charged was not preserved at the time the search was made.

Upon information and belief, the Border Patrol Agents did not save or preserve requested "Super-Query" search results and/or underlying database results in a therefore, the information relied upon pursuant to the court's order cannot be disclosed in same condition as it was searched, reviewed, and relied upon as it was on January 20, 2026.

Further, it was revealed today, June 8, 2026 that databases were searched and utilized by Department of Homeland Security Agents on January 28, 2026 for the coordination and operation of Defendant's arrest.

To date, the Government is requesting additional time for compliance with the Court's Order.

Category 6: "copies of all radio traffic, dispatch records, cellphone communications, and any other communications between or among DHS agents, CBP agents, and any other law enforcement personnel regarding the incident and whether such data is stored on a government or private device or storage media". Docket No. 57, page 2.

The Government is advising that as to radio traffic and dispatch records the Government has complied with the Court's Order. Upon information and belief, for the January 20, 2026 incident, radio communications were not stored, saved, or logged in any way nor were there any dispatch records created, generated, or otherwise stored in connection with the incident. As such, with respect to that portion of the order the Government submits, has complied.

As to the remaining request, "cellphone communications, and any other communications between or among DHS agents, CBP agents, and any other law enforcement personnel regarding the incident" the Government is requesting additional time for compliance with the Court's Order.

Category 8: "any and all photographs, text messages, emails, chats, or other cell phone data depicting any of the aforementioned law enforcement officers. Docket No. 57, page 2.

The Government is requesting additional time for compliance. It was revealed today, June 8, 2026 that Signal messages were created on January 28, 2026 for the coordination and operation of Defendant's arrest. Accordingly, the Government is requesting additional time for compliance with the Court's Order.

Category 13: "any and all audio, photos, videos, emails, booking and arrest records, evidence and chain of custody logs, and any documented verbal conversations related to this matter. Docket No. 57, page 2-3.

The Government has disclosed additional documentation from Customs & Border Patrol as outlined in the attached disclosure summary index and is accessible via USAfx.

**2. Defendant's Requests: 2, 3, 10, (Impeachment Records, Training Records & Giglio)**

The Government has made the appropriate agency requests and submits it has complied with the Court's Order. If such materials exist, the Government will disclose the materials pursuant to the timeline outlined in the Court's Decision and Order.

**3. Defendant's Request: 7,9 (Interagency Communications)**

The Government has made the appropriate agency requests and submits it has complied with the Court's Order. If such materials exist, the Government will disclose the materials pursuant to the timeline outlined in the Court's Decision and Order.

Sincerely,

DANIEL N. ROSEN
United States Attorney

*s/William L. Richards*
BY: William L. Richards
Special Assistant U.S. Attorney
T: 612.664-5600 | C: 202-230-8076
Email: William.Richards@usdoj.gov

**DISCLOSURE SUMMARY INDEX**
June 8, 2026
*United States v. Mohamed Abdirizak Jama*
Criminal No. 26-mj-00053-LIB-1

| **Supplementary Disclosure Packet** | |
|---|---|
| Customs & Border Patrol I-44 Report | 5 pages |
| Customs & Border Patrol ESR Report | 2 pages |
| Customs & Border Patrol ESTAR Report | 9 pages |
| Screenshot_20260520_130945_Teams.jpg | 1 image |
| Screenshot of Query Search, ”Zoom in Checks Request 1.png” | 1 image |
| Screenshot of Query Search, ”Returned Checks 2.png” | 1 image |
| Screenshot of Microsoft Teams Message, BPA Flores, 01/20 @0920, “Checks Request 2.png” | 1 image |
| Screenshot of Query Search, ”Zoomed in Checks Request 2b.png” | 1 image |
| Screenshot of Query Search, ”Zoomed in Checks Request 2a.png” | 1 image |
| Screenshot of Microsoft Teams Message, “Returned Checks 1.png” | 1 image |
| Screenshot of Microsoft Teams Message, “Checks Request 1.png” | 1 image |
| 46f1b38b-43d5-452b-a4c3-4f46e7696dfc.jpg | 1 image |
| Screenshot_20260520_130453_Teams.jpg | 1 image |
| Screenshot_20260520_130442_Teams.jpg | 1 image |
| Photo (A.Flores).docx | 1 image |
| 20260120_115251.jpg | 1 image |
| IMG_6399 (11).MOV | 1 video file |
| Axon_Body_4_Video_2026-01-20_1226_D01D01908.mp4 (responding_to_van_hitting_a_GOV_unit.mp4) | 1 video file |
| Original-1C09EBB5-3334-4871-B25E-B4EB64FCBC91 (002).jpeg | 1 image |
| HIS_SP_2026_00960_Mohamed Abdirizak JAMA(FINAL).pdf | 3 pages |

‘