UNITED STATES DISTRICT COURT
District of Minnesota
Criminal No. 26-mj-53 (MJD/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION** |
| v. | ) | **TO DISMISS** |
| | ) | |
| MOHAMED ABDIRIZAK JAMA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and William L. Richards, Special Assistant United States Attorney, hereby requests that the Court dismiss this case in the interest of justice, with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 10, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

s/William L. Richards
BY: William L. Richards
Attorney ID No.: 5445002NY
Special Assistant U.S. Attorney
300 South 4th Street, Suite 600
Minneapolis, MN 55415
T: 612.664-5600| C: 202-230-8076
Email: William.Richards@usdoj.gov