UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-53 MJD/LIB

UNITED STATES OF AMERICA,

Plaintiff,

v.

**NOTICE OF SUBSTITUTION**

MOHAMED ABDIRIZAK JAMA,

Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Nicholas R. Grey

Remove AUSA

Robert Tucker

Dated: August 18, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY: *s/Nicholas R. Grey*

NICHOLAS R. GREY
Special Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: SD 3813
nicholas.grey@usdoj.gov
612-664-5600