# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,

Plaintiff,

v.

Mohamed Abdirizak Jama (1),

Defendant.

## COURT MINUTES

BEFORE: Leo I. Brisbois
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 26-mj-53 (MJD/LIB) |
| Date: | September 1, 2026 |
| Court Reporter: | Leslie Ruiz |
| Courthouse: | Duluth |
| Courtroom: | 3 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:25 p.m. |
| Sealed Hearing Time: | N/A |
| Time in Court: | 55 Minutes |
| Hearing Type: | Oral Argument |

APPEARANCES:

Plaintiff: Nicholas Grey (DOJ-USAO)
For Defendant Mohamed Abdirizak Jama (1): Surya Saxena, Retained

Non-Dispositive motions taken under advisement as of today: **N/A**
Dispositive motion taken under advisement as of **9/7/2026**: **63**

☐ ORDER TO BE ISSUED ☒ R&R TO BE ISSUED ☐ Exhibits retained by the Court

Additional Information:

- Defendant's exhibits 1–3, as attached to Defendant's Response in Support, [Docket No. 66], were formally admitted as part of the record without objection.
- In light of any additional issues raised by the Honorable United States Magistrate Judge Leo I. Brisbois at the Motions Hearing, the parties may file an optional supplemental legal authorities list with the Court by close of business Friday, September 4, 2026.

s/Amanda Tyler
Signature of Law Clerk